

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO CENTRAL APPRAISAL DISTRICT, | § | No. 08-15-00164-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | 327th District Court |
| V. | § | of El Paso County, Texas |
| PLACITAS DE ZARAGOSA GROUP, LLC N/K/A PLACITAS DE | § | (TC# 2014DTX0839) |
| ZARAGOSA GROUP ASSOCIATION, | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.